■ TOWN OF DEWITT, Appellant, v RICHARD C. SURLES, as Commissioner of the Office of Mental Health, et al., Respondents. (Appeal No. 1.)—Order unanimously affirmed with costs. Memorandum: The action for a declaratory judgment and injunction was properly dismissed. That suit challenged the first notice served by the State upon the Town pursuant to Mental Hygiene Law § 41.34, and sought to invalidate the site-selection process undertaken pursuant to that first notice. In

serving a second notice, the State effectively commenced the site-selection process anew, thus rendering moot the Town's challenge to the first notice. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Dismiss Complaint.) Present—Denman, P. J., Green, Balio and Davis, JJ.